07 CV 3254

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** ALFRED D. MEYERS, INC.

-v-

D'ANNUNZIO & CO, LLC,
D'ANNUNZIO & CO, INC.,
D'ANNUNZIO DISTRIBUTION,
**Defendant** INC. and PHILART, INC.

Case No.



Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ALFRED MEYERS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: April 23, 2007

Signature of Attorney

Attorney Bar Code: JS-6605

Form Rule7_1.pdf