

KARAS, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFRED MEYERS, INC.,

                Plaintiff,

v.

D'ANNUNZIO & CO., LLC; D'ANNUNZIO
& CO., INC., D'ANNUNZIO
DISTRIBUTION, INC. and PHILART, INC.,

                Defendants.

Civ. No.: 07 CV 3254 (KK)

*Civil Action*

STIPULATION TO EXTEND TIME
OR OTHERWISE MOVE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendants to file an Answer or otherwise move with respect to the Amended Complaint in this action is extended to and including August 3, 2007.

MANDELBAUM, SALSBURG, GOLD,
LAZRIS & DISCENZA, P.C.

By: _____
MICHAEL A. SAFFER, ESQ.
Attorneys for Defendants (MS-2947)
D'Annunzio & Co., LLC;
D'Annunzio & Co., Inc.,
D'Annunzio Distribution, Inc.
And Philart, Inc.

DATED: 7/10/07

MOSS & KALISH, PLLC

By: _____
JAMES SCHWARTZMAN, ESQ.
Attorneys for Plaintiff (JS-6605)

DATED: 7/16/07

SO ORDERED:

_____
U.S.D.J.
7/18/07