Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED MEYERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> D'ANNUNZIO & CO., LLC; D'ANNUNZIO & CO., INC., D'ANNUNZIO DISTRIBUTION, INC. and PHILART, INC., <br><br> Defendants. | Civ. No.: 07-CV-3254 (KMK) <br><br> *Civil Action* <br><br> STIPULATION WITHDRAWING DEFENDANTS' REQUEST FOR A PRE-MOTION CONFERENCE AND EXTENDING THE TIME FOR THE FILING OF A RESPONSIVE PLEADING TO THE AMENDED COMPLAINT ON BEHALF OF DEFENDANTS |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that Defendants' July 30, 2007 written request for a pre-motion conference, which was scheduled for August 16, 2007 before the Honorable Kenneth M. Karas, U.S.D.J., is hereby withdrawn with prejudice as to the challenge to venue, forum *non conveniens* and personal jurisdiction; the time for Defendants to file a responsive pleading to the Amended Complaint is extended to and including August 24, 2007; Defendants waive defenses related to venue and personal jurisdiction in this action, but expressly retain the right to plead all other defenses as may be applicable.

MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.

By: _____
MICHAEL A. SAFFER, ESQ.
(MS-2997)
Attorneys for Defendants

DATED: 8/16/07

MOSS & KALISH, PLLC

By: _____
JAMES SCHWARTZMAN, ESQ.
(JS-6605)
Attorneys for Plaintiff

DATED: 8/16/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

SO ORDERED:

_____
U.S.D.J.