## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED MEYERS, INC.,<br><br>                               Plaintiff,<br><br>v.<br><br>D'ANNUNZIO & CO., LLC; D'ANNUNZIO<br>& CO., INC., D'ANNUNZIO<br>DISTRIBUTION, INC. and PHILART, INC.,<br><br>                               Defendants. | Civ. No.: 07-CV-3254 (KK)<br><br>*Civil Action*<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for D'Annunzio & Co., LLC, D'Annunzio & Co., Inc., D'Annunzio Distribution, Inc. and Philart, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties:

NONE.

MANDELBAUM, SALSBURG, LAZRIS,
GOLD & DISCENZA, P.C.
Attorneys for Defendants

By: _____ */s/ Michael A. Saffer* _____
MICHAEL A. SAFFER, ESQ. (MS-2997)

DATED:        August 24, 2007