UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALFRED MEYERS, INC.,

         Plaintiff,

   -against-

D'ANNUNZIO & CO, LLC
D'ANNUNZIO & CO, INC.,
D'ANNUNZIO DISTRIBUTION, INC. and
PHILART, INC.,

         Defendants.
-------------------------------------------------------------------X

CASE NO.: 07CV3254(RS)

**RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J. KLEINHAUS & SONS, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  NONE.

Date: September 17, 2007

                _____
                Signature of Attorney

                _____
                Attorney Bar Code: JS-6605