**MOSS & KALISH, PLLC**
COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098

TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
---
DAVID B. GELFARB*
JAMES SCHWARTZMAN

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
1055 FRANKLIN AVENUE, SUITE 306
GARDEN CITY, NY 11530

writer's e-mail:
schwartzman@mosskalish.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008

February 4, 2008

**MEMO ENDORSED**

By Facsimile (212) 805-6304
Honorable Paul A. Crotty
United States District Judge
500 Pearl Street-Room 735
New York, New York 10007

Re: J Kleinhaus & Sons, L.L.C. v. D'Annunzio & Co., et al ; 07 Civ. 2625 (PAC)
Alfred Meyers, Inc. v. D'Annunzio & Co., et al; 07-Civ. 3254

Dear Judge Crotty,

We represent the plaintiffs, J. Kleinhaus & Sons, LLC, and Alfred Meyers, Inc. with respect to the above referenced actions. It is hereby respectfully requested that the conference scheduled by the Court for February 5, 2008 at 2:15 p.m be adjourned to February 6, 2008 at 4:00 p.m.. The reason for the adjournment is that I have another matter scheduled on February 5, 2008 at 2:00 p.m. in the Eastern District of New York. Defendants' counsel consents to the adjournment to the proposed date and time.

Respectfully,

James Schwartzman

cc: Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C. (by facsimile (973) 736-4670)
Attention: Arla Cahill, Esq.

SO ORDERED: FEB 0 5 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE