MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
—
DAVID B. GELFARB*
JAMES SCHWARTZMAN

*ALSO ADMITTED IN NEW JERSEY

**MOSS & KALISH, PLLC**
COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098
---
TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2008

NASSAU OFFICE
1055 FRANKLIN AVENUE, SUITE 306
GARDEN CITY, NY 11530
---
writer's e-mail
schwartzman@mosskalish.com

February 26, 2008

**MEMO ENDORSED**

By Facsimile (212) 805-6304
Honorable Paul A. Crotty
United States District Judge
500 Pearl Street-Room 735
New York, New York 10007

Re: J Kleinhaus & Sons, L.L.C. v. D'Annunzio & Co., et al ; 07 Civ. 2625 (PAC)
Alfred Meyers, Inc. v. D'Annunzio & Co., et al; 07-Civ. 3254

Dear Judge Crotty,

We represent the plaintiffs, J. Kleinhaus & Sons, LLC, and Alfred Meyers, Inc. with respect to the above referenced actions. Please be advised that the parties through counsel have engaged in settlement discussions. The parties together with counsel intend to meet in an effort to settle these matters. Accordingly, it is hereby jointly requested by the parties that the Court ordered deadline for completion of discovery be extended from March 10, 2008 to March 31, 2008, and that the next court conference be adjourned from March 18, 2008 to a date during the week of April 7, 2008. No prior application has been made for an adjournment of these dates.

Respectfully,

James Schwartzman

cc: Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C. (by facsimile (973) 736-4670)
Attention: Arla Cahill, Esq.

Application GRANTED. ^And The conference is adjourned to _Tuesday_
4/8/08 at 3:00pm in Courtroom 20-C.
SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE